DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE ROBERTS, ELIZABETH COLEMAN,** and **ISAAC ROLLE,** as the **LOCAL BOARD OF TRUSTEES OF THE CHURCH OF GOD 5TH STREET,**
Appellant,

v.

**FIFTH STREET CHURCH OF GOD, INC.,** a Florida Not for Profit Corporation, **ANTHONY PELT,** as Administrative Bishop of the Church of God, **Florida-Cocoa District, CHURCH OF GOD, FLORIDA-COCOA DISTRICT, CHURCH OF GOD,** a Tennessee Public Benefit Corporation,
Appellee.

No. 4D20-1874

[June 3, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502019CA007731.

Maurice Roberts, Elizabeth Coleman, and Isaac Rolle, Riviera Beach, pro se, for appellants.

Harold Long, Jr. of Long Law, Miami, and E. Scott Golden and Brandon D. Cole of Golden Law, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH, JJ., and ROBINSON, MICHAEL, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***